IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40967
Conference Calendar

_____

BRENT MYERS,

                              Plaintiff-Appellant,

versus

K. RASPBERRY, DR., ET AL.,

                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-108
- - - - - - - - - -

June 17, 1998

Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Brent Myers, Texas prisoner #558504, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint as frivolous, arguing that the district court improperly dismissed his claim of inadequate medical care. We have reviewed the record and Meyers' brief and AFFIRM for essentially the same reasons set forth and adopted by the district court. <u>Meyers v. Raspberry</u>, No.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

6:96cv108 (E.D. Tex. Jul. 16, 1996).

AFFIRMED.